OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

--- PRESORTED FIRST CLASS ---

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵

COA Case No. 02-14-00492-CR

MAILED FROM ZPD-0135-15

2/6/2015
DENSON, MACLIN RAY     Tr. Ct. No. 1295117D

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, April 24, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

MACLIN RAY DENSON
NO. 0374461
TARRANT COUNTY JAIL
100 N. LAMAR ST.
FORT WORTH, TX 76102